HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DAVID NENKERVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>DAVID NENKERVIS,<br><br>    *Defendant*. | Case No.  6:13-mj-00082-MJS<br><br>**DEFENDANT'S MOTION TO RESET STATUS CONFERENCE ON JANUARY 7, 2014 TO A CHANGE OF PLEA HEARING ON FEBRUARY 4, 2014; MOTION TO APPEAR VIA VIDEO CONFERENCE; ORDER**<br><br>Date:  January 7, 2014<br>Time:  10:00 a.m.<br>Judge:  Hon. Michael J. Seng |

     Defendant David Nenkervis hereby moves this Court to vacate the status conference set for January 7, 2014, at 10:00 a.m., and set this matter for a change of plea hearing or trial setting conference to be held on February 4, 2014, at 10:00 a.m..  Mr. Nenkervis further moves this Court, pursuant to Fed. R. Crim. P. 43(b)(2), for an order permitting him to waive his right to be personally present at the change of plea hearing and instead appear via video conference from a United States Courthouse in the Central District of California.  Mr. Nenkervis agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Nenkervis were personally present.

     Mr. Nenkervis made his initial appearance at the United States Courthouse in Yosemite National Park on August 21, 2013 to answer to a five-count Criminal Complaint.  On December 5, 2013, the government extended a revised plea offer to Mr. Nenkervis.  Mr. Nenkervis intends to accept the offer, whereby he would enter a guilty plea to two counts contained in the Criminal

1  Complaint and the government would dismiss the remaining counts.  Mr. Nenkervis has advised
2  defense counsel numerous times that he does not have the ability to travel back to Yosemite
3  National Park for a court hearing.  Mr. Nenkervis resides in Southern California.  He has no
4  family or friends that would drive him to Yosemite, his driving license is currently suspended,
5  and he does not have the financial resources to purchase a train or bus ticket to the park.  He
6  advises, however, that he would be able to purchase a bus ticket to a federal courthouse in the
7  metropolitan Los Angeles area.  Mr. Nenkervis requests that this court allow him to appear via
8  video conference at a federal courthouse in the Central District of California to be arranged by
9  defense counsel.  This request would allow Mr. Nenkervis to enter his change of plea and be
10 sentenced without posing an unbearable financial burden on Mr. Nenkervis given his limited
11 means.  Since Mr. Nenkervis intends to accept the government's offer, the defense believes that a
12 status conference on January 7, 2013 is unnecessary.  Accordingly, the defense request that the
13 status conference be vacated and the court set a change of plea hearing on February 4, 2014, to
14 allow defense counsel time to make the arrangements for a video conference.

Dated:  December 31, 2013

Respectfully submitted,

HEATHR E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DAVID NENKERVIS

## O R D E R

GOOD CAUSE APPEARING, **IT IS SO ORDERED, PROVIDED** that Defendant and file with the court a fully executed copy of the written change of plea agreement at least one week prior to the video conference**.**

IT IS SO ORDERED.

Dated:   January 2, 2014              /s/ *Michael J. Seng*

1                                              UNITED STATES MAGISTRATE JUDGE