Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID NENKERVIS,<br><br>　　　　　　Defendant. | DOCKET NO. 6:13-mj-082-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, David NENKERVIS, was arrested August 9, 2013, in Yosemite National Park and charged with five counts in a criminal complaint: Count 1: driving under the influence to a degree that renders the operator incapable of safe operation; Count 2: possession of a controlled substance (marijuana); Count 3: fail to have lighting equipment in good working order; Count 4: operating a motor vehicle in excess of the speed limit; and Count 5: child endangerment.  NENKERVIS plead guilty February 4, 2014, to Count 1, and Count 4, all other charges were dismissed. NENKERVIS was sentenced to the following: 24 months of unsupervised probation, pay a $2,000 fine, complete the DMV DUI First Offender's course, AA twice weekly for the first 6 months of probation, obey all laws, and to report new law violations.  A review hearing was set for

January 5, 2016. The Government alleges David NENKERVIS has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO OBEY ALL LAWS

NENKERVIS was ordered to obey all laws. On June 26, 2015, NENKERVIS was cited for a violation of California Vehicle Code § 12500(a) – driving without a license. On August 28, 2015, NENKERVIS was convicted of this same offense.

CHARGE TWO: FAILURE TO NOTIFY OF NEW VIOLATION

NENKERVIS was ordered to notify the Court or Yosemite Legal Office through counsel of any new law enforcement contact or violations. On June 26, 2015, NENKERVIS was cited for a violation of California Vehicle Code § 12500(a) – driving without a license. On August 28, 2015, NENKERVIS was convicted of this same offense.

CHARGE THREE: FAILURE TO COMPLETE AA

NENKERVIS was ordered to attend AA twice weekly for the first 6 months of probation. To date, the Yosemite Legal Office has not received proof of attendance.

CHARGE FOUR: FAILURE TO COMPLETE DMV COURSE

NENKERVIS was ordered to complete the DMV DUI First Offender's course. To date, the Yosemite Legal Office has not received proof of completion.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. David Nenkervis*, 6:13-mj-082-MJS, remain on calendar for January 5, 2016, at 10:00 AM.

Dated: December 2, 2015       By: /s/ Matthew McNease
                              Matthew McNease
                              Acting Legal Officer
                              Yosemite National Park, CA

//
//
//
//
//
//

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division, Courthouse on January 5, 2016, at 10:00 AM for the reasons set forth above and as ordered at the time of sentencing.

IT IS SO ORDERED.

Dated:   December 4, 2015           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE