HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID NENKERVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:13-MJ-00082-MJS |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER |
| vs. | |
| DAVID NENKERVIS, | Date: January 26, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), David Nenkervis, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance on the Statement of Alleged Probation Violation(s), and be allowed to appear via video conference. Mr. Nenkervis agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Nenkervis was previously granted a Rule 43 waiver in this case. He was permitted to appear via videoconference at the February 4, 2014 change-of-plea and sentencing hearing. At the February 4, 2014 hearing, Mr. Nenkervis pled guilty to operating a motor vehicle while under the influence of alcohol and speeding. He was sentenced to pay a $2,000 fine and serve 24

1  months of unsupervised probation, with the conditions that he obey all laws, report any new law
2  violations, complete the Frist Time DUI Offender Course, and attend AA meetings twice a week
3  for six months.  On December 4, 2015, the government filed a Statement of Alleged Probation
4  Violation(s), alleging that: (1) Mr. Nenkervis was convicted of driving without a license while on
5  probation and failed to report the new law violation (Charges One and Two); (2) Mr. Nenkervis
6  failed to attend AA meetings as required (Charge Three); and (3) Mr. Nenkervis failed to
7  complete the First Time DUI Offender Course (Charge Four).  On December 9, 2015, Mr.
8  Nenkerivs filed proof of completion of the First Time DUI Offender Course.

9  Mr. Nenkervis anticipates admitting to Charges One, Two, and Three at the January 5,
10  2016 hearing.  The government has already provided a written plea agreement, which Mr.
11  Nenkervis intends to sign and return to the government prior to January 5, 2016.

12  Mr. Nenkervis lives in Simi Valley, California, and returning to Yosemite would pose a
13  considerable hardship given the distance.  Although Mr. Nenkervis has a valid driver's license,
14  he is unable to drive by himself for longer than an hour given his health condition.  According to
15  Google Maps, it would take over twenty hours to complete the trip using public transportation.
16  Furthermore, Mr. Nenkervis has limited income.  He is seventy-four years old and survives off of
17  Social Security benefits.  A trip to Yosemite would be very costly, as he would not only need to
18  pay for gas or a bus or train ticket, but he would also likely have to pay for lodging given the
19  long distance he would be traveling.

20  Accordingly, Mr. Nenkervis respectfully requests that the Court grant a waiver of his
21  right and obligation to be personally present and that he be permitted to appear via video
22  conference from the federal courthouse located in Los Angeles, California.

23  Respectfully submitted,

24  HEATHER E. WILLIAMS
    Federal Defender
25

26  Dated:  December 10, 2015      */s/ Erin Snider*
    ERIN SNIDER
27  Assistant Federal Defender
    Attorney for Defendant
28  DAVID NENKERVIS

Nenkervis/Request for Rule 43 Waiver of Appearance

2

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in case No. 6:13-mj-00082 MJS, set for January 26, 2016 at 10:00 AM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   December 14, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE