AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DAVID NENKERVIS** | (For Offenses Committed On or After November 1, 1987) |
| | Criminal Number: **6:13MJ00082-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge(s)   One, Two and Three   as alleged in the violation petition filed on ___.

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure To Obey All Laws | |
| Two | Failure To Notify Of New Violaitons | |
| Three | Failure To Complete AA | |

The court:   [ ] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   2/4/2014  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]  Charge(s)   Four   is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| **1/26/2016** |
| Date of Imposition of Sentence |
| /s/ Michael J. Seng |
| Signature of Judicial Officer |
| **Michael J. Seng**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| 1/28/2016 |
| Date |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**DAVID NENKERVIS**  
CASE NUMBER:**6:13MJ00082-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>12 Months--Unsupervised</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.
2. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
3. The Defendant is ordered to personally appear for a Probation Review Hearing on 12/14/2016 at 10:00 am before U.S. Magistrate Judge Seng.
4. The Defendant shall complete 50 hours of community service. The Defendant shall perform and complete the community service hours within the first 11 months of probation and file proof of completion with the Court through counsel.