1  Susan St. Vincent
Yosemite Legal Officer
2  NATIONAL PARK SERVICE
Legal Office
3  P.O. Box 517
Yosemite, California 95389
4  Telephone: (209) 372-0241
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | DOCKET NO. 6:13-mj-0082-MJS |
| 11 Plaintiff, | |
| 12 v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| 13 DAVID NENKERVIS, | |
| 14 Defendant. | |
| 15 | |

16

17        I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following

18 is true and correct to the best of my knowledge and belief.

19        I am the legal officer in Yosemite National Park and serve as the prosecutor for

20 misdemeanor matters arising in the park. I have been so employed for seven years.

21        In the normal course of my duties I, and other individuals acting in a similar

22 capacity in my office, regularly conduct probation status reviews for defendants on court

23 probation with the District Court in Yosemite.

24        In the normal course of my duties, I learned that defendant David NENKERVIS

25 has failed provide proof of community service.

26        As the legal officer, I am aware that David NENKERVIS, was arrested August 9,

27 2013, in Yosemite National Park and charged with five counts in a criminal complaint:

28

1  Count 1, driving under the influence to a degree that renders the operator incapable of

2  safe operation in violation of Title 36 Code of Federal Regulations §4.23(a)(1); Count 2,

3  possession of a controlled substance (marijuana) in violation of Title 36 Code of Federal

4  Regulations §2.35(b)(2); Count 3, failing to have lighting equipment in good working

5  order in violation of Title 36 Code of Federal Regulations §4.2, California Vehicle Code

6  §24252(a); Count 4,: operating a motor vehicle in excess of the speed limit in violation of

7  Title 36 Code of Federal Regulations §4.21(c) ; and Count 5, child endangerment in

8  violation of 18 United States Code §13, assimilating California Penal Code §273a(b) .

9  NENKERVIS plead guilty February 4, 2014, to Counts 1 and 4, and was sentenced to 24

10  months of unsupervised probation, with the conditions he pay a $2,000 fine, complete

11  the DMV DUI First Offender's course, attend AA twice weekly for the first 6 months of

12  probation, obey all laws, and report new law violations.

13        On December 4, 2015 the Government filed a Statement of Alleged Probation

14  Violations, and on January 26, 2016, NENKERIVS admitted to: charge one, failure to

15  obey all laws; charge two, failure to notify of new violations, and charge three, failure to

16  complete AA.  NENKERVIS was sentenced to 12 months of unsupervised probation, and

17  ordered to complete 50 hours of community service within the first eleven months of the

18  probationary period. The government alleges NENKERVIS has violated the following

19  condition(s) of his unsupervised probation:

20        CHARGE ONE:      FAILURE TO COMPLETE COMMUNITY SERVICE

21        NENKERVIS was ordered to perform 50 hours of community service within the

22  first eleven months of his probationary period.  To date NENKERVIS has submitted proof

23  of completing 0 hours of community service.

24

25

26

27

28

U.S. v. Nenkervis
Affidavit of Alleged Probation Violations

1

2          I declare under penalty of perjury the information which I have set forth above and

3    on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

4

5    _11/28/16_                                    _____
     Date                                          Susan St. Vincent

6                                                  Legal Officer
                                                   Yosemite National Park, CA
7

8    Sworn to before me and subscribed in my presence in Yosemite National Park,

9    California.

10

11   _11/28/16_                                    _____
     Date                                          Honorable Michael J. Seng

12                                                 U. S. Magistrate Judge
                                                   Eastern District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  3                          U.S. v. Nenkervis
                                                   Affidavit of Alleged Probation Violations