HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID NENKERVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:13-mj-00082-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF |
| vs. | ) ) ) | PROBATION PURSUANT TO 18 U.S.C. § 3564(D); ORDER |
| DAVID NENKERVIS, | ) ) | Date:  February 28, 2017 |
| Defendant. | ) ) ) | Time:  10:00 a.m. Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for David Nenkervis, that Mr. Nenkervis's term of unsupervised probation may be extended for two months, to expire on March 25, 2017, pursuant to 18 U.S.C. § 3564(d).  The parties further request that the Court continue the review hearing in this matter to February 28, 2017, at 10:00 a.m.

On February 4, 2014, Mr. Nenkervis pled guilty to driving under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1) and speeding in violation of 36 C.F.R. § 4.21(c).  That same date, the Court sentenced Mr. Nenkervis to twenty-four months of unsupervised probation, with the conditions that he pay a $2,000 fine, attend Alcoholics Anonymous ("AA") twice a week for the first six months of probation, complete the First Time DUI Offender Course, obey all laws, and report any new citations or arrests to the Court within seven days.

1     On January 26, 2016, Mr. Nenkervis admitted to violating the terms of his probation by failing to obey all laws, failing to notify the Court of a new citation, and failing to complete the AA requirement. That same date, the Court sentenced Mr. Nenkervis to an additional twelve months of unsupervised probation (to expire January 25, 2017) and fifty hours of community service.

Mr. Nenkervis has been unable to complete the community service hours. He has had a difficult year, which began when he was evicted from his apartment after complaining to the property manager about the conditions at the apartment. He fought the eviction for a while but ultimately had to move. He is still getting settled into his new living arrangements—right now, he is just renting a room. The stress of his eviction has been difficult. Mr. Nenkervis is seventy-five years old and has had two prior heart attacks. He's been experiencing ongoing medical issues, including passing out, and has been going to the doctor to try to figure out the cause of the issue. Given these circumstances, Mr. Nenkervis has only completed a few hours of community service. Now that he is settled into his new living arrangements, however, Mr. Nenkervis will begin volunteering on a regular basis to complete the remaining hours of community service and should be able to finish his community service by the end of February 2017.

WHEREFORE, the parties request that Court extend Mr. Nenkervis's term of unsupervised probation for two months, to expire March 25, 2017, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing from January 10, 2017, to February 28, 2017, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Date:  December 13, 2016 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 13, 2016 | */s/ Erin M. Snider*<br>ERIN M. SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID NENKERVIS |

## **O R D E R**

Pursuant to 18 U.S.C. § 3564(d), the Court extends Mr. Nenkervis's term of unsupervised probation for two months, to expire March 25, 2017.  The Court further grants the parties' request to continue the January 10, 2017 review hearing to February 28, 2017, at 10:00 a.m in case number 6:13-mj-00082-MJS.

IT IS SO ORDERED.

Dated:   December 13, 2016         /s/ *Michael J. Seng*
                                                                                UNITED STATES MAGISTRATE JUDGE