1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DAVID NENKERVIS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:13-mj-82-MJS
                                     )
12              Plaintiff,           )  **MOTION TO VACATE FEBRUARY 28, 2017**
                                     )  **REVIEW HEARING; ORDER**
13      vs.                          )
                                     )
14  DAVID NENKERVIS,                 )
                                     )
15              Defendant.           )
    _____ )

16

17      Defendant David Nenkervis hereby requests that the Court vacate the February 28, 2017

18  review hearing.

19      On February 4, 2014, the Court sentenced Mr. Nenkervis to twenty-four months of

20  unsupervised probation, with the conditions that he obey all laws and advise the Court and

21  Government Officer within seven days of being cited or arrested for any alleged violation of law.

22  He was also ordered to pay a fine of $1,980.00, a penalty assessment of $20.00, attend a first-

23  time DUI offender's course, and attend Alcoholics Anonymous ("AA") two times weekly for six

24  months.

25      On December 4, 2015, the Government filed an Affidavit of Alleged Probation Violation

26  alleging that Mr. Nenkervis had failed to obey all laws, failed to notify of a new law violation,

27  failed to attend the requisite AA meetings, and failed to complete the first-time DUI offender's

28  course. On January 26, 2016, Mr. Nenkervis admitted the failure to obey all laws, the failure to

1   notify of a new law violation, and the failure to provide proof of AA attendance. The Court

2   extended Mr. Nenkervis' probation for twelve months, ordered Mr. Nenkervis to complete fifty

3   hours of community service, and set a review hearing for December 14, 2016.

4        On December 2, 2016, the government filed an Affidavit of Alleged Probation Violation

5   alleging that Mr. Nenkervis had failed to provide proof of his fifty hours of community service.

6   On December 13, 2016, the parties filed a stipulation to continue Mr. Nenkervis' review hearing

7   until February 28, 2017, and probation was extended to March 25, 2017.

8        Mr. Nenkervis has completed fifty hours of community service. Accordingly, Mr.

9   Nenkervis has complied with all conditions of his probation.

10        The government is in agreement with the request to vacate Mr. Nenkervis' review

11   hearing.

12

13                 Respectfully submitted,

14                 HEATHER E. WILLIAMS
              Federal Defender

15

16   Date: February 27, 2017      */s/ Reed Grantham*
              REED GRANTHAM

17                 Assistant Federal Defender
              Attorney for Defendant

18                 DAVID NENKERVIS

19

20                       **O R D E R**

21        Based on the parties' joint representation that Mr. Nenkervis is in compliance with the

22   conditions of his probation, the Court vacates the review hearing scheduled for February 28,

23   2017, at 10:00 a.m. in Case No. 6:13-mj-82-MJS.

24

25   IT IS SO ORDERED.

26

27      Dated:  February 27, 2017        /s/ *Michael J. Seng*
                       UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nenkervis – Motion to Vacate Review Hearing